# UNITED STATES DISTRICT COURT
## FOR THE
## EASTERN DISTRICT OF NORTH CAROLINA
## WESTERN DIVISION

UNITED STATES OF AMERICA

v.  Crim. No. 5:12-CR-22-1

DALE LEE MOTZNO

On December 6, 2010, the above named began his 36-month term of supervised release. The offender has complied with the rules and regulations of supervision and is no longer in need of supervision. It is accordingly recommended that the offender be discharged from supervision.

Reviewed and approved,  Respectfully submitted,

/s/Jeffrey L. Keller  /s/Erica W. Foy
Jeffrey L. Keller  Erica W. Foy
Supervising U.S. Probation Officer  U.S. Probation Officer

## ORDER OF COURT

Pursuant to the above report, it is ordered that the offender be discharged from supervision and that the proceedings in the case be terminated.

Dated this ___2nd___ day of ___July___, 2013.

Terrence W. Boyle
U.S. District Judge